UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC



**Order Filed on December 15,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No.: <u>16-18544-JNP</u>

Adv. No.:

Hearing Date: 12/5/2017 @ 10:00 a.m.

Judge: <u>Jerrold N. Poslusny, Jr.</u>

In Re:

     Frederick Allen & Wendie Durham-Allen,

Debtors.

## ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Frederick Allen & Wendie Durham-Allen
Case No:  16-18544-JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial, LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 172 W Lake St., Bridgeton, NJ 08302, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 1, 2017, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2017 through December 2017 for a total post-petition default of $9,253.54 (8 @ $1,133.68 less suspense balance of $617.12); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,253.54 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtors shall amend the plan accordingly within 14 days; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2018, directly to Secured Creditor  (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-18544-JNP
Frederick Allen                                                     Chapter 13
Wendie R Durham-Allen
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Dec 15, 2017
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb          +Frederick Allen,    Wendie R Durham-Allen,    172 W. Lake St,    Bridgeton, NJ 08302-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Seymour  Wasserstrum    on behalf of Joint Debtor Wendie R Durham-Allen mylawyer7@aol.com,
          ecf@seymourlaw.net
         Seymour  Wasserstrum    on behalf of Debtor Frederick  Allen mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                   TOTAL: 9