Case 16-18544-JNP  Doc 76-1  Filed 04/09/18  Entered 04/09/18 15:23:22  Desc
Proposed Order   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

**Order Filed on April 17, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Frederick & Wendie Allen

Case No.: 16-18544

Chapter: 13

Hearing Date: N/A

Judge: JNP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 17, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Frederick & Wendie Allen
Case No.: 16-18544/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.