| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Seymour Wasserstrum, Esq<br>Law Offices of Seymour Wasserstrum<br>Attorneys at Law<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>P: (856) 696-8300<br>F: (856) 696-6962<br>Attorneys for Debtors<br>Mylawyer7@aol.com | Order Filed on January 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**Frederick Allen and Wendie R. Durham-Allen** | Case No.:    16-18544<br><br>Chapter    13<br><br>Hearing Date: 1/21/2020 at 10:00 a.m.<br><br>Judge:    JNP |

### ORDER TO SUSPEND TRUSTEE PAYMENTS TO ISABEL C. BALBOA FOR FOUR MONTHS

The relief set forth on the

**DATED: January 21, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors: Frederick Allen and Wendie R. Durham-Allen**
**Case No: 16-18544-JNP**
**Caption of Order: To Suspend the Trustee Payments to Isabel C. Balboa for Four Months**

Upon consideration of Frederick Allen and Wendie R. Durham-Allen's Motion for an Order to Suspend Trustee Payments to Isabel C. Balboa for Four Months and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that Trustee payments to Isabel C. Balboa are suspended for Four Months;

**IT IS FURTHER ORDERED THAT** Debtor's plan shall continue at $44,675.50 paid to date, then $1,573.00 for 12 remaining months starting June 1, 2020.

**IT IS FURTHER ORDERED THAT** Debtor's attorney will file a fee application for supplemental attorney's fees and an amended wage order within 14 days of this signed Order.