| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Seymour Wasserstrum, Esq<br>Law Offices of Seymour Wasserstrum<br>Attorneys at Law<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>P: (856) 696-8300<br>F: (856) 696-6962<br>Attorneys for Debtors<br>Mylawyer7@aol.com | Order Filed on January 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**Frederick Allen and Wendie R. Durham-Allen** | Case No.:    16-18544<br><br>Chapter    13<br><br>Hearing Date: 1/21/2020 at 10:00 a.m.<br><br>Judge:    JNP |

## ORDER TO SUSPEND TRUSTEE PAYMENTS TO ISABEL C. BALBOA FOR FOUR MONTHS

The relief set forth on the

**DATED: January 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors: Frederick Allen and Wendie R. Durham-Allen**
**Case No: 16-18544-JNP**
**Caption of Order: To Suspend the Trustee Payments to Isabel C. Balboa for Four Months**

Upon consideration of Frederick Allen and Wendie R. Durham-Allen's Motion for an Order to Suspend Trustee Payments to Isabel C. Balboa for Four Months and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that Trustee payments to Isabel C. Balboa are suspended for Four Months;

**IT IS FURTHER ORDERED THAT** Debtor's plan shall continue at $44,675.50 paid to date, then $1,573.00 for 12 remaining months starting June 1, 2020.

**IT IS FURTHER ORDERED THAT** Debtor's attorney will file a fee application for supplemental attorney's fees and an amended wage order within 14 days of this signed Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Frederick Allen  
Wendie R Durham-Allen  
    Debtors

Case No. 16-18544-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 21, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
db/jdb      +Frederick Allen,   Wendie R Durham-Allen,   172 W. Lake St,   Bridgeton, NJ 08302-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon   on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          James Patrick Shay   on behalf of Creditor   DITECH FINANCIAL LLC shay@bbs-law.com, jpshay@gmail.com  
          John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corp. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Laura M. Egerman   on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Maria Cozzini   on behalf of Creditor   Ditech Financial LLC mcozzini@sternlav.com  
          Seymour Wasserstrum   on behalf of Joint Debtor Wendie R Durham-Allen mylawyer7@aol.com, ecf@seymourlaw.net  
          Seymour Wasserstrum   on behalf of Debtor Frederick Allen mylawyer7@aol.com, ecf@seymourlaw.net  
                                                                  TOTAL: 11