**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

**Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| | Case No.:    16-18544 |
| | Chapter:    13 |
| In Re: | Hearing Date:  N/A |
| Frederick Allen and Wendie R Durham-Allen | Judge:    JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 30, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Frederick Allen and Wendie R Durham-Allen

Case No.: 16-18544/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of <u>$400.00</u> for services rendered and expenses in the amount of <u>$0.00</u> for a total of <u>$400.00</u>. The allowance shall be payable:**

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

**The debtors' monthly plan payments increase $1,573.00 for the remaining 12 months commencing on 6/1/2020.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-18544-JNP
Frederick Allen                                                 Chapter 13
Wendie R Durham-Allen
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 1           Date Rcvd: Jan 30, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db/jdb      +Frederick Allen,    Wendie R Durham-Allen,    172 W. Lake St,    Bridgeton, NJ 08302-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com,
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay   on behalf of Creditor   DITECH FINANCIAL LLC shay@bbs-law.com,
           jpshay@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corp. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Laura M. Egerman   on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Maria  Cozzini   on behalf of Creditor   Ditech Financial LLC mcozzini@sternlav.com
          Seymour  Wasserstrum   on behalf of Joint Debtor Wendie R Durham-Allen mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour  Wasserstrum   on behalf of Debtor Frederick  Allen mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                              TOTAL: 11