Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

**Order Filed on September 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Frederick Allen,<br>Wendie R Durham-Allen<br>*aka* Wendie R. Allen<br>*aka* Wendie R. Durham<br><br>           Debtors. | Case No. 16-18544-JNP<br><br>Judge: Jerrold N. Poslusny Jr. |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:       Frederick Allen, Wendie R Durham-Allen *aka* Wendie R. Allen *aka* Wendie R. Durham
Case No.:     16-18544-JNP
Caption of Order:    **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of New Residential Mortgage LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 172 W Lake Street, Bridgeton, NJ 08302
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:  
Frederick Allen  
Wendie R Durham-Allen  
    Debtors

Case No. 16-18544-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db/jdb        +Frederick Allen,    Wendie R Durham-Allen,    172 W. Lake St,    Bridgeton, NJ 08302-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC shay@bbs-law.com, jpshay@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Maria Cozzini    on behalf of Creditor    Ditech Financial LLC mcozzini@sternlav.com  
          Melissa N. Licker    on behalf of Creditor    New Residential Mortgage LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
          Seymour Wasserstrum    on behalf of Joint Debtor Wendie R Durham-Allen mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com  
          Seymour Wasserstrum    on behalf of Debtor Frederick Allen mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

                                                                                              TOTAL: 12