| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Frederick Allen<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3730<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Wendie R Durham–Allen<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1037<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–18544–JNP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frederick Allen                                    Wendie R Durham–Allen
                                                   aka Wendie R. Allen, aka Wendie R. Durham

6/11/21                                            **By the court:** Jerrold N. Poslusny Jr.
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-18544-JNP
Frederick Allen  Chapter 13
Wendie R Durham-Allen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 6
Date Rcvd: Jun 11, 2021    Form ID: 3180W    Total Noticed: 120

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick Allen, Wendie R Durham-Allen, 172 W. Lake St, Bridgeton, NJ 08302-1821 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Thrift Investment Corp., PO Box 538, Fords, NJ 08863-0538 |
| cr | + | Thrift Investment Corporation, 720 King George's Post Road P.O. Box 538, Fords, NJ 08863-0538, UNITED STATES 08863-0538 |
| 516155275 | + | Altantic Water Products, 5045 Black Horse Pike, Mays Landing, NJ 08330-2638 |
| 516155276 | + | Anytime Fitness, 12181 Margo Ave S, Hastings, MN 55033-8421 |
| 516155280 | + | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 516155287 | ++++ | CBE GROUP, 131 TOWER PARK DR STE 1, WATERLOO IA 50701-9590 address filed with court:, CBE Group, 131 Towe Park Dr Suite 1, Waterloo, IA 50702 |
| 516155353 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, VERVE/Mastercard, PO Box 8099, Newark, DE 19714 |
| 516155288 | + | Ccs/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 516155293 | + | Delaware Valley Inst Fertility, 6000 Sagemore Drive, Suite 6102, Marlton, NJ 08053-3900 |
| 516155295 | + | Disney Movie Club, PO Box 738, Neenah, WI 54957-0738 |
| 516364461 | | Ditech Financial LLC (See 410), c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517318630 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516155297 | + | Diversified Consultants, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 516155298 | + | Elmo's Learning Advantage, PO Box 26599, Lehigh Valley, PA 18002-6599 |
| 516155300 | | Figis, 3200 S. Maple Ave., Marshfield, WI 54449 |
| 516155301 | | First Credit Services, 371 Hoes Lanesuite 300B, Piscataway, NJ 08854 |
| 516188963 | + | Guardian Protection Services, 174 Thorn Hill road, Warrendale, PA 15086-7528 |
| 516155308 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 516155310 | | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 516155311 | + | Inspira Medical Center, 333 Irving Ave, Bridgeton, NJ 08302-2123 |
| 516155313 | | Internal Revenue Service, Po Box 724, Springfield, NJ 07810 |
| 516155317 | + | Joseph, Mann & Creed, 20600 Chagrin Blvd, Ste 550, Philadelphia Inquirer, Shaker Heights, OH 44122-5340 |
| 516155319 | | Mandee, PO Box 1003, Totowa, NJ 07511-1003 |
| 516155322 | | Nationwide Credit, PO Box 9156, Alexandria, VA 22304-0156 |
| 518653957 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518653958 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516155323 | + | North Shore Agency, 9525 Sweet Valley Drive, BLDG A, Valley View, OH 44125-4237 |
| 516155324 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516155327 | + | Premier Bankcard Inc, 702 King Farm Blvd, Rockville, MD 20850-6536 |
| 516155328 | | Publishers Clearing House, PO Box 6344, Harlan, IA 51593-1844 |
| 516155331 | + | RMS, 4836 Brecksville Rd, Richfield, OH 44286-9178 |
| 516155337 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Division Of Taxation, Trenton, NJ 08695-0245 |
| 516155333 | | Shop Now, PO Box 2852, Monroe, WI 53566-8052 |
| 516155334 | | South Jersey HS Emg Phys, Po Box 7975, Lancaster, PA 17604-7975 |
| 516155338 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |

| District/off: 0312-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 120 |

| | | |
|---|---|---|
| 516241291 | + | Sun National Bank, 350 Fellowship Rd., Suite 101, Mt. Laurel, NJ 08054-1201 |
| 516155342 | + | Team Nissan, 1715 S Delsea Drive, Vineland, NJ 08360-6308 |
| 516155343 | + | Terri Holden, 14 Rodgers Drive, Bridgeton, NJ 08302-4426 |
| 516155345 | + | Thrift Invesments, 720 King George Road, Fords, NJ 08863-1985 |
| 516226653 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 516155347 | + | United Collection Bureau, PO Box 140310, Toledo, OH 43614-0310 |
| 516155348 | | Us Deparment Of Education, P.O. Box 4169, National Payment Center, Greenville, TX 75403-4169 |
| 516155356 | + | Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 516155315 | + | international collection agency llc, PO Box 692715, Orlando, FL 32869-2715 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516155277 | + | EDI: CINGMIDLAND.COM | Jun 12 2021 00:43:00 | AT&T, PO BOX 537104, ATLANTA, GA 30353-7104 |
| 516155274 | + | EDI: GMACFS.COM | Jun 12 2021 00:43:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 516188455 | | EDI: GMACFS.COM | Jun 12 2021 00:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516281734 | | EDI: AIS.COM | Jun 12 2021 00:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516155278 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 11 2021 21:03:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516155279 | | EDI: BANKAMER.COM | Jun 12 2021 00:43:00 | Bank Of America, P.O.Box 15019, Wilmington, DE 19886-5019 |
| 516155282 | | EDI: CAPITALONE.COM | Jun 12 2021 00:43:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 516163036 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 11 2021 21:02:00 | Credit Acceptance, 25505 West 12 Mile Rd, Southfield , MI 48034 |
| 516155281 | | Email/Text: clientrep@capitalcollects.com | Jun 11 2021 21:05:00 | Capital Collection Service, Po Box 150, West Berlin, NJ 08091-0150 |
| 516155285 | + | EDI: CAPITALONE.COM | Jun 12 2021 00:43:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 516155284 | + | EDI: CAPITALONE.COM | Jun 12 2021 00:43:00 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 516155283 | | EDI: CAPITALONE.COM | Jun 12 2021 00:43:00 | Capital One, P.O. Box 70884, Charlotte, NC 28272-0884 |
| 516241857 | | EDI: CAPITALONE.COM | Jun 12 2021 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516155286 | + | EDI: RMSC.COM | Jun 12 2021 00:43:00 | Care Credit, PO Box 981439, El Paso, TX 79998-1439 |
| 516155289 | | EDI: WFNNB.COM | Jun 12 2021 00:43:00 | Comenity, P.O. Box 183003, Columbus, OH 43218-3003 |
| 516155290 | + | EDI: WFNNB.COM | Jun 12 2021 00:43:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

Case 16-18544-JNP   Doc 106   Filed 06/13/21   Entered 06/14/21 00:19:24   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 120 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 516155291 | + | EDI: CONVERGENT.COM | Jun 12 2021 00:43:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 516155292 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 11 2021 21:02:00 | Credit Acceptance Corp, PO Box 551888, Detroit, MI 48255-1888 |
| 516155294 | + | EDI: NAVIENTFKASMDOE.COM | Jun 12 2021 00:43:00 | Dept Of Education/Sallie Mae, Po Box 9635, Wilkes Barres, PA 18773-9635 |
| 516155299 | | Email/Text: bknotice@ercbpo.com | Jun 11 2021 21:04:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516336559 | | EDI: ECMC.COM | Jun 12 2021 00:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516219013 | + | EDI: CBSMASON | Jun 12 2021 00:43:00 | Figi's Companies Inc., c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516155302 | | EDI: AMINFOFP.COM | Jun 12 2021 00:43:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 516155303 | + | Email/Text: info@fullcirclecollectionsllc.com | Jun 11 2021 21:05:00 | Full Circle Financial Services, Po Box 5689, Clearwater, FL 33758-5689 |
| 516155304 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 11 2021 21:01:00 | Gc Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 516155305 | + | EDI: RMSC.COM | Jun 12 2021 00:43:00 | GE Capital, PO Box 981439, El Paso, TX 79998-1439 |
| 516155306 | | EDI: RMSC.COM | Jun 12 2021 00:43:00 | GE Money Bank, Po Box 960061, Orlando, FL 32896-0061 |
| 516155307 | | EDI: CBS7AVE | Jun 12 2021 00:43:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516155309 | + | EDI: IIC9.COM | Jun 12 2021 00:43:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516155312 | | EDI: IRS.COM | Jun 12 2021 00:43:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 516366323 | | EDI: JEFFERSONCAP.COM | Jun 12 2021 00:43:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 516155316 | | EDI: JEFFERSONCAP.COM | Jun 12 2021 00:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56303 |
| 516155318 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:06:08 | LVNV Funding, PO Box 10497, HSBC Bank, Greenville, SC 29603-0497 |
| 516360609 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:04:45 | LVNV Funding, LLC its successors and assigns as, assignee of AT&T Mobility, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516310936 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2021 22:04:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516228609 | + | EDI: CBSMASON | Jun 12 2021 00:43:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516155320 | | EDI: CBSMASON | Jun 12 2021 00:43:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 516155321 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2021 22:04:14 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 516367517 | | EDI: NAVIENTFKASMSERV.COM | Jun 12 2021 00:43:00 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 516442156 | | EDI: NAVIENTFKASMSERV.COM | Jun 12 2021 00:43:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516155326 | | EDI: PRA.COM | | |

Case 16-18544-JNP    Doc 106    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 120 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jun 12 2021 00:43:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516924704 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516924705 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516368596 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 516368593 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One/Hsbc, POB 41067, Norfolk VA 23541 |
| 516367772 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o HSBC Bank Nevada, N.A., POB 41067, Norfolk VA 23541 |
| 516363650 | EDI: PRA.COM | | |
| | | Jun 12 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 516155325 | EDI: WFNNB.COM | | |
| | | Jun 12 2021 00:43:00 | Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 516345109 | + EDI: JEFFERSONCAP.COM | | |
| | | Jun 12 2021 00:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516155329 | + Email/Text: BKMailbox@QVC.com | | |
| | | Jun 11 2021 21:01:00 | QVC Inc, 1200 Wilson Dr, West Chester, PA 19380-4262 |
| 516167567 | EDI: Q3G.COM | | |
| | | Jun 12 2021 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516202637 | EDI: Q3G.COM | | |
| | | Jun 12 2021 00:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516155330 | + EDI: RECOVERYCORP.COM | | |
| | | Jun 12 2021 00:43:00 | Recovery Management Systems, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605 |
| 516155336 | EDI: AISSPRINT | | |
| | | Jun 12 2021 00:43:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 516237878 | EDI: AISSPRINT | | |
| | | Jun 12 2021 00:43:00 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 516155332 | + EDI: CBS7AVE | | |
| | | Jun 12 2021 00:43:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516228586 | + EDI: CBS7AVE | | |
| | | Jun 12 2021 00:43:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516155335 | EDI: SWCR.COM | | |
| | | Jun 12 2021 00:43:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 516155339 | EDI: CBSMASON | | |
| | | Jun 12 2021 00:43:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 516228608 | + EDI: CBSMASON | | |
| | | Jun 12 2021 00:43:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516353827 | EDI: RMSC.COM | | |
| | | Jun 12 2021 00:43:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 516312629 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 11 2021 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516155341 | + EDI: WTRRNBANK.COM | | |
| | | Jun 12 2021 00:43:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 516155344 | EDI: CBS7AVE | | |

District/off: 0312-1     User: admin     Page 5 of 6
Date Rcvd: Jun 11, 2021     Form ID: 3180W     Total Noticed: 120

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516280647 | + | EDI: CBS7AVE | Jun 12 2021 00:43:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516155346 | | Email/Text: bankruptcydepartment@tsico.com | Jun 12 2021 00:43:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516155349 | | EDI: VERIZONCOMB.COM | Jun 11 2021 21:05:00 | Transworld System, Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 516155350 | + | EDI: AIS.COM | Jun 12 2021 00:43:00 | Verizon, P.O. Box 4830, Trenton, NJ 08650-4830 |
| 516155351 | + | EDI: VERIZONCOMB.COM | Jun 12 2021 00:43:00 | Verizon, c/o American infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516155352 | + | EDI: VERIZONCOMB.COM | Jun 12 2021 00:43:00 | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |
| 516155354 | + | EDI: WFNNB.COM | Jun 12 2021 00:43:00 | Verizon Wireless, 2000 Corporate Dr, Orangeburg, NY 10962-2624 |
| 516155355 | + | EDI: RMSC.COM | Jun 12 2021 00:43:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| | | | Jun 12 2021 00:43:00 | Walmart, P.O. Box 32896, Orlando, FL 32896-0001 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516155314 | * | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 516155296 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 516155340 | ##+ | Sun National Bank, PO Box 849, Vineland, NJ 08362-0849 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 120 |

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

James Patrick Shay
 on behalf of Creditor DITECH FINANCIAL LLC shay@bbs-law.com jpshay@gmail.com

John R. Morton, Jr.
 on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
 on behalf of Creditor Thrift Investment Corp. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Laura M. Egerman
 on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Maria Cozzini
 on behalf of Creditor Ditech Financial LLC mcozzini@sternlav.com

Melissa N. Licker
 on behalf of Creditor New Residential Mortgage LLC NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Seymour Wasserstrum
 on behalf of Joint Debtor Wendie R Durham-Allen mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
 on behalf of Debtor Frederick Allen mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

TOTAL: 12